FILED
April 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002580740

Erika Jordening
State Bar # 184986
Law Offices of Erika Jordening
331 Philip Drive, #101
Daly City, CA 94015
415-706-2930
ejordening@gmail.com

Attorneys for Debtor Reynoso

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

Irma Reynoso,

    Debtor.

Case No.: 10-29621-D-13G

Notice of Conversion from Chapter 13 to Chapter 7

### Notice of Conversion to Case Under Chapter 7

Irma Reynoso, Debtor, hereby gives notice pursuant to 11 U.S.C. § 1307(a) that she hereby converts this chapter 13 case to a case under chapter 7 of the Bankruptcy Code.

Dated this 23rd day of April, 2010

_____
Erika Jordening, Attorney for Debtor

Reynoso-Conversion - 1