2010-29621
FILED
April 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002580781

Erika Jordening
State Bar # 184986
Law Offices of Erika Jordening
331 Philip Drive, #101
Daly City, CA 94015
415-706-2930
ejordening@gmail.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Irma Reynoso,

    Debtor.

Case No.: 10-29621-D-13G

**ORDER UPON CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7 - NO PRIOR CONVERSIONS**

### Order Upon Conversion of Chapter 13 Case to Case Under Chapter 7 by Debtor

The Debtor, Irma Reynoso, through her attorney of record has filed a notice of conversion in accordance with 11 U.S.C. § 1307 (a) converting this case to a case under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

IT IS ORDERED THAT:

1. The chapter 13 trustee within 30 days of the date of this order shall file and transmit to the United States Trustee a final report and account, as required by Federal Rule of Bankruptcy Procedure 1019(5).

2. Within 14 days of the date of this order, the chapter 13 debtor shall file a schedule of unpaid debts incurred after the commencement of the chapter 13 case, as required by Federal Rule of Bankruptcy Procedure 1019(5).

RECEIVED
April 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002580781

3. The chapter 13 trustee forthwith shall turn over to the chapter 7 trustee all records and property of the estate remaining in the chapter 13 trustee's custody and control, as required by Federal Rule of Bankruptcy Procedure 1019(4).

4. The debtor within 14 days of the date of this order shall file the statements and schedules required by Federal Rule of Bankruptcy Procedure 1019(1)(A) and 1007(c), if such documents have not already been filed.

5. The debtor within 14 days of the date of this order shall file all documents as stated in the Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed dated April 14, 2010.

DATED: _____

BY THE COURT

Dated: April 26, 2010

_Robert Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court